No. —, original. Ex parte Rubin. November 25, 1935. The motion for leave to file petition for writ of habeas corpus is denied. *Mr. Lloyd Rubin, pro se.*

No. —. Budlong *v.* Budlong. November 25, 1935. The application for allowance of appeal, having been considered by the whole Court, is denied. *Jesse Margaret Wilson Budlong, pro se,* in support of the application.